

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Cause number:           01-13-00664-CV

Style:                  Tuttle Enterprises, Inc. and Watson & Taylor Management, Inc.

                        **v** Ray Truitt and Annie Truitt

Date motion filed[*]:   February 14, 2014

Type of motion:         Motion for extension of time to file the reporter's record

Party filing motion:    Court reporter

Document to be filed:   Reporter's record

If motion to extend time:

    Original due date:        August 27, 2013

    Number of prior extensions:     0          Current Due date:  August 27, 2013

    Date Requested:           March 16, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  March 17, 2014

        ☐    The Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

**In her motion, the court reporter informs the Court that the parties made payment arrangements for paying the reporter's fee for preparing the reporter's record on February 14, 2014.  Accordingly, we grant the motion.**

Judge's signature: /s/ Sherry Radack
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 25, 2014

November 7, 2008 Revision